UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MUNGUIA,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Case No: CV12-02432 GW(AJWx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>JS-6 |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorney fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE